Exhibit A to the Complaint

**Location:** Calabasas, CA  
**Total Works Infringed:** 27

**IP Address:** 71.9.112.133  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 9E46215B3EDDB9120E1BD088EDD269FF90706282 | 09/04/2025 07:01:29 | Blacked Raw | 09/03/2025 | 09/16/2025 | PA0002551061 |
| 2 | bbed38c36127a8b2dbed3f2d4d6b32efa3c568ff | 09/23/2025 21:12:30 | Vixen | 09/19/2025 | 09/24/2025 | PA0002552393 |
| 3 | 31f17d92c379df039951a038aff30337c74750c2 | 09/21/2025 00:02:04 | Blacked | 09/20/2025 | 09/24/2025 | PA0002552391 |
| 4 | a39a15d101d5236c548a38dd339ade65c25c9570 | 09/04/2025 07:01:41 | Milfy | 09/03/2025 | 09/16/2025 | PA0002551066 |
| 5 | 005d22163da765b5aed27eb3dc226cce786dc059 | 09/01/2025 16:14:38 | Blacked Raw | 08/29/2025 | 09/16/2025 | PA0002551005 |
| 6 | 9990619F0539F75258EF1686D76CEC5BC499253E | 08/03/2025 06:59:02 | Vixen | 07/16/2025 | 07/22/2025 | PA0002541698 |
| 7 | 11DF127178636D9C927C95064C4BB012015A39D3 | 07/29/2025 17:00:29 | Blacked | 07/27/2025 | 08/08/2025 | PA0002544280 |
| 8 | 77d112f2590c4cebb64df03e00a1221fa909be9f | 07/18/2025 06:07:53 | Blacked | 07/17/2025 | 07/22/2025 | PA0002541664 |
| 9 | 5b80e7657a9468b3afd3c4ba56ca6da4decb0fe6 | 06/25/2025 16:58:56 | Vixen | 06/20/2025 | 06/20/2025 | PA0002536520 |
| 10 | 7F56C7E9B5CF1A0DFE0923D807CDF3FFC549D1FD | 06/17/2025 22:22:20 | Tushy | 06/15/2025 | 06/20/2025 | PA0002536524 |
| 11 | E7F7741A086D2C001C7203E9E3DAFB2F909CD8E6 | 06/17/2025 21:42:02 | Blacked Raw | 06/15/2025 | 06/20/2025 | PA0002536525 |
| 12 | B38637EE349A5EF50D7486A6ECBF7F5EBDC7CCC1 | 06/01/2025 21:29:31 | Blacked Raw | 05/31/2025 | 06/09/2025 | PA0002534210 |
| 13 | EC9728A01334E16F2398104EC9F65ED1A3735A47 | 05/29/2025 20:53:17 | Blacked | 05/28/2025 | 06/09/2025 | PA0002534209 |
| 14 | 3FB919B8C5AAF19222B67CB465C1313047965ACE | 05/29/2025 20:48:31 | Tushy | 05/25/2025 | 06/09/2025 | PA0002534196 |
| 15 | a5a8bb9f9bd249a00f8fe18de3750ad1182282be | 05/27/2025 21:28:58 | TushyRaw | 05/27/2025 | 06/09/2025 | PA0002534195 |
| 16 | 1873315cd7a47ffb11a5db2196182119545f9ed9 | 05/24/2025 16:10:31 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 37c18ad7af1fcf52a65c6af7b41f410d3acb2377 | 05/24/2025 16:10:11 | Blacked | 05/23/2025 | 06/09/2025 | PA0002534207 |
| 18 | 054fac60439f115da1a3b929172a2821e117d644 | 05/18/2025 22:54:38 | Blacked | 05/18/2025 | 05/20/2025 | PA0002531774 |
| 19 | 6d13b269dca95fead74dffbf80eb930e4615f0ee | 04/09/2025 16:09:42 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |
| 20 | AFD43F74DF39C284CEFA62017A3CDFC2288993F6 | 03/15/2025 07:08:46 | Blacked | 03/14/2025 | 03/25/2025 | PA0002521742 |
| 21 | 8d198cbcb19dc628c7fb4cec4456109e0232ca71 | 02/26/2025 00:25:28 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 22 | f0d7a1db8ed94d65961528d5a85072c0d64a0f75 | 02/26/2025 00:24:50 | Blacked Raw | 02/25/2025 | 03/25/2025 | PA0002521736 |
| 23 | 343e252b2c25aecc4f4c55376161507d37ba2e7c | 02/23/2025 17:52:07 | Blacked | 02/22/2025 | 03/25/2025 | PA0002521832 |
| 24 | 8e1ee7ba6b03de98bc3904f8d3bf6f443e5b2a9a | 02/21/2025 16:27:21 | Blacked | 02/17/2025 | 03/25/2025 | PA0002521749 |
| 25 | 83A36D2B88CDB302101E4924D798C61D6CDF0BAE | 02/12/2025 03:34:24 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 26 | 90ac10449affde8cbfe6fe592b4d7e8ecaaa8e7f | 02/04/2025 17:18:51 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 27 | C7877ECD2DB266B958D0D5253F61CBEFC2811F72 | 01/29/2025 02:02:25 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |